UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN J. RIORDAN,<br><br>                           Plaintiff,<br><br>v.<br><br>NATIONAL EXECUTIVE COUNCIL,<br>American Federation of Government<br>Employees, AFL-CIO,<br><br>                           Defendant. | 23-CV-00881 (JAV)<br><br>**ORDER** |

JEANNETTE A. VARGAS, United States District Judge:

On December 5, 2024, the parties filed a Second Joint Status Report ("SJSR"). *See* ECF No. 37. In the SJSR, the parties stated they "have not been able to reach an agreement on how the case should proceed." SJSR, ECF No. 37 at 1. Plaintiff requested "the Court's permission to amend the complaint to add . . . Defendants." *Id.* at 2. The Defendant, took "no position on the motion" if the Court was treating Plaintiff's request "as a motion for leave to amend the complaint to add defendants." *Id.* at 3.

Plaintiff shall file a motion for leave to amend the complaint by **January 28, 2025**. In accordance with the Court's Individual Rules and Practices in Civil Cases, the moving party shall file with the motion a redline showing all differences between the operative pleading and the proposed amended pleading. If any party intends to oppose the motion for leave to amend, it shall file a letter to that effect by **February 4, 2025**.

Dated: January 14, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge